```
 1  ROBERT R. MOORE (BAR NO. 113818)
    MICHAEL J. BETZ (BAR NO. 196228)
 2  ALLEN MATKINS LECK GAMBLE
       MALLORY & NATSIS LLP
 3  Three Embarcadero Center, 12th Floor
    San Francisco, CA  94111-4074
 4  Phone: (415) 837-1515
    Fax: (415) 837-1516
 5  E-Mail: rmoore@allenmatkins.com
            mbetz@allenmatkins.com
 6
    Attorneys for Defendant
 7  JOHN KONTRABECKI
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CENTRAL EUROPEAN INDUSTRIAL DEVELOPMENT COMPANY, LLC dba CEIDCO,<br><br>Debtor,<br><br>THE KONTRABECKI GROUP LP,<br><br>Debtor. | Bk No.  02-30419-11-DM<br><br>Chapter 11<br><br>Adv. No. 03-3264 DM<br><br>Bk. No. 02-30421-11-DM<br>Chapter Number:  11<br><br>[Administratively Consolidated] |
| ARON M. OLINER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN KONTRABECKI, et al.,<br><br>Defendants. | DECLARATION OF MICHAEL J. BETZ, ESQ. IN SUPPORT OF JOHN KONTRABECKI'S (1) MOTION TO STRIKE AND/OR VACATE THE COURT'S CONTEMPT RULINGS OR, IN THE ALTERNATIVE; TO RECONSIDER THE COURT'S CONTEMPT RULINGS AND (2) MOTION FOR SANCTIONS AGAINST PLAINTIFFS TERMINATING THE ADVERSARY PROCEEDINGS AND THE ISSUANCE OF MONETARY SANCTIONS AGAINST PLAINTIFFS' COUNSEL PETER BENVENUTTI, THE LAW FIRM OF JONES DAY, MARK KAUFMAN, THE LAW FIRM OF MCKENNA LONG & ALDRIDGE, LLP, AND ARON M. OLINER<br><br>Date:  Unknown<br>Time:  Unknown<br>Dept:  Courtroom 22<br>Judge: Hon. Dennis J. Montali |

I, Michael J. Betz, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the Courts of the State of California. I am a partner at the law firm of Allen Matkins Leck Gamble, Mallory & Natsis, attorneys of record for Defendant John Kontrabecki, in this action. If called as a witness, I could and would testify competently to the matters set forth in this declaration, except for those matters stated upon information and belief, and as for those matters, I believe them to be true.

2. I attach hereto as **Exhibit A** a true and correct copy of an August 4, 2003 from Assistant United States Attorney Lawrence Leigh to the Trustee regarding the possible criminal prosecution of Mr. Kontrabecki, which I am informed and believed was produced by Plaintiffs in this action.

3. I attach hereto as **Exhibit B** are true and correct copies of excerpts from the official transcript of the hearing that took place in this case on March 31, 2009.

4. I attach hereto as **Exhibit C** are true and correct copies of excerpts from the official transcript of the hearing that took place in this case on October 31, 2006.

5. I attach hereto as **Exhibit D** are true and correct copies of excerpts from the official transcript of the hearing that took place in this case on September 26, 2006.

6. I attach hereto as **Exhibit E** are true and correct copies of excerpts from the official transcript of the hearing that took place in this case on August 12, 2005.

7. I attach hereto as **Exhibit F** are true and correct copies of excerpts from the official transcript of the hearing that took place in this case on July 16, 2004.

8. I attach hereto as **Exhibit G** are true and correct copies of excerpts from the official transcript of the hearing that took place in this case on May 4, 2004.

9. I attach hereto as **Exhibit H** are true and correct copies of excerpts from the official transcript of the hearing that took place in this case on June 13, 2007.

10. I attach hereto as **Exhibit I** are true and correct copies of excerpts from the official transcript of the hearing that took place in this case on December 8, 2003.

11. I attach hereto as **Exhibit J** true and correct copies of excerpts from the April 14, 2004 deposition of Lech Giliconski.

12. I attach hereto as **Exhibit K** a true and correct copy of my September 28, 2009, letter to Mr. Oliner concerning Plaintiffs' production

13. I attach hereto as **Exhibit L** true and correct copies of excerpts from the July 21, 2004 deposition of John Kontrabecki.

14. I attach hereto as **Exhibit M** a true and correct copy of Mr. Oliner's April 23, 2003, letter from to Patricia Cutler, which Lehman's counsel produced during discovery in this action.

15. I attach hereto as **Exhibit N** a true and correct copy of Mr. Gloster's May 23, 2003, letter to Ms. Cutler, which was written in response to Mr. Oliner's April 23, 2003, letter and which Lehman's counsel produced during discovery in this action.

16. I attach hereto as **Exhibit P** are true and correct copies of excerpts from the official transcript of the hearing that took place in this case on October 15, 2003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of November, 2009, at San Francisco, California.


/s/ *Michael J. Betz*
MICHAEL J. BETZ