# JONES DAY

555 CALIFORNIA STREET • 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104-1500
TELEPHONE: 415-626-3939 • FACSIMILE: 415-875-5700

FILED
NOV 2 3 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

November 23, 2009

**By Messenger**

Honorable Dennis Montali
United States Bankruptcy Court
235 Pine Street, 19th Floor
San Francisco, California 94111

**Oliner v. Kontrabecki, AP NO. 03-3264 DM**

Dear Judge Montali,

I write on behalf of Lehman Brothers Holdings Inc ("Lehman") and its counsel regarding the Court's Docket Order of yesterday in this Adversary Proceeding.

I wish to advise the Court that Lehman and its counsel (Mr. Kaufman and I and our respective law firms) accept the Court's tentative rulings as expressed in the Docket Order regarding matters that are scheduled for the Status Conference before the Court next Monday, November 30.

Counsel for Lehman will meet and confer with the Trustee and counsel for Mr. Kontrabecki regarding a briefing and hearing schedule for what the Court has denominated Motion 1.

Respectfully,

Peter J. Benvenutti

cc (via electronic mail):
    Robert R. Moore, Esq.
    Micahel J. Betz, Esq.
    Aron M. Oliner, Esq.
    William A. Olshan, Esq.
    Mark S. Kaufman, Esq.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MEXICO CITY • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Case: 03-03264  Doc# 1933  Filed: 11/23/09  Entered: 12/01/09 08:14:14  Page 1 of 1